UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **OZARK PHYSICAL THERAPY, LLP,** et al., | ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) No. 1:15cv90 SNLJ ) |
| **AMCO INSURANCE CO.,** | ) ) |
| **Defendant.** | ) |

## MEMORANDUM and ORDER

Plaintiffs Ozark Physical Therapy, LLP, Ozark Physical Medicine, LLC, and Austin Tinsley brought this action for declaratory judgment and breach of contract against defendant AMCO Insurance Company. Presently before the Court is plaintiffs' motion to compel responses to discovery requests plaintiffs served on defendant on November 25, 2015 and on March 14, 2016. (#32.) Defendant did not respond to the discovery requests. Defendant has also not responded to the motion to compel.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant shall respond to the plaintiffs' interrogatories and requests for production **no later than July 31, 2017**.

Dated this __17th__ day of July, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE